

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | JANUARY 18, 2024 |
| U.S. v. SAMUEL DOUGLAS EDWARDS, 4:23MJ3144 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA JULIE ANN M. MRUZ |

Be advised that the above named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**