IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL DOUGLAS EDWARDS,<br><br>Defendant. | 4:24CR3002<br><br>INDICTMENT<br>18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 875(c) |

The Grand Jury charges that

## COUNT I

On or about October 25, 2023, in the District of Nebraska and elsewhere, the defendant, SAMUEL DOUGLAS EDWARDS, did threaten to assault Victim 1, a Federal Public Defender, with intent to impede, intimidate and interfere with Victim 1 while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115 (a)(1)(B).

## COUNT II

On or about October 25, 2023, in the District of Nebraska and elsewhere, the defendant, SAMUEL DOUGLAS EDWARDS, did threaten to assault Victim 2, a Federal Probation Officer, with intent to impede, intimidate and interfere with Victim 2 while she was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Section 115 (a)(1)(B).

## COUNT III

On or about October 25, 2023, in the District of Nebraska and elsewhere, the defendant, SAMUEL DOUGLAS EDWARDS, knowingly and willfully did transmit in interstate commerce from the State of Minnesota to the State of Nebraska, a communication, to wit: a telephone call to

Victim 1, whose identity is known to the Grand Jury, and the communication contained a threat to injure others, specifically that he was going to get the gun that was located on his person when he was arrested and shoot Victim 1.

In violation of Title 18, United States Code, Section 875(c).

## COUNT IV

On or about October 25, 2023, in the District of Nebraska and elsewhere, the defendant, SAMUEL DOUGLAS EDWARDS, knowingly and willfully did transmit in interstate commerce from the State of Minnesota to the State of Nebraska, a communication, to wit: a telephone call to Victim 2, whose identity is known to the Grand Jury, and the communication contained a threat to injury others, specifically that he was going to get the gun that was located on his person when he was arrested and shoot Victim 2.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

BY: _____
JULIE ANN M. MRUZ, #25564
Assistant U.S. Attorney